| 1. Person Reporting (Last name, First name. Middle initial)<br><br>Mays, Jr., Samuel H | 2. Court or Organization<br><br>U.S. District Court. W. D. Tn. | 3. Date of Report<br><br>05/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status. magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5 ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial   ● Annual   ○ Final | 6 Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>167 N. Main. Suite 1111<br><br>Memphis. TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date _____ | |

IMPORTANT NOTES  The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information  Sign on last page

## I. POSITIONS.    (Reporting individual only, see pp 9-13 of filing instructions)

☑ NONE  - (No reportable positions )

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## II. AGREEMENTS.    (Reporting individual only, see pp 14-16 of filing instructions)

☐ NONE  - (No reportable agreements

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2000 | State of Tn  Consolidated Retirement System - vested in former employer's retirement plan, no control |

RECEIVED May 17  1 18 PM '04  FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE · (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE · (No reportable non-investment income)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| | | |

## IV. REIMBURSEMENTS transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE (No such reportable reimbursements)

| SOURCE | DESCRIPTION |
|---|---|
| | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mays. Jr., Samuel H | 05/13/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller of private transaction |
| NONE  (No reportable income, assets or transactions) | | | | | | | | | |
| 1. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 2. Metlife Common Stock | A | Dividend | J | T | | | | | |
| 3. Bradner Central Common Stock | B | Dividend | J | U | | | | | |
| 4. Equitable IRA #1 | | None | M | T | | | | | |
| 5. EQ/Bernstein Diversified Value Fund | | | | | | | | | |
| 6. EQ/Equity 500 Index Fund | | | | | | | | | |
| 7. EQ/MFS Emerging Growth Cos. Fund | | | | | | | | | |
| 8. EQ/MFS Research Fund | | | | | | | | | |
| 9. EQ/Alliance Small Cap Growth Fund | | | | | | | | | |
| 10. EQ/FI Small/Mid Cap Value Fund | | | | | | | | | |
| 11. Equitable IRA #2 | A | Interest | L | T | | | | | |
| 12. EQ/Alliance Common Stock Fund | | | | | | | | | |
| 13. Guaranteed Interest Account | | | | | | | | | |
| 14. First Tennessee Bank Accounts | A | Interest | J | T | | | | | |
| 15. MFS Fixed Fund - Baker Donelson 401K | A | Interest | J | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | F = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | | | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date  May 13, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544